UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KENNARD,<br><br>Plaintiff,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC.,<br><br>Defendant. | Case No. 18-cv-04665-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates at the 6/3/2019 Case Management Conference:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION: | December 13, 2019 |
| OPPOSITION FILED: | January 24, 2020 |
| REPLY FILED: | February 14, 2020 |
| HEARING ON CLASS CERTIFICATION MOTION: | March 3, 2020 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | Opening: June 29, 2020<br>Rebuttal: July 29, 2020 |
| EXPERT DISCOVERY CUTOFF: | August 21, 2020 |
| DISPOSITIVE MOTIONS[1]/ DAUBERT MOTIONS TO BE HEARD BY: | Heard on 35-day notice; filed by September 22, 2020 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge