| | |
|---|---|
| 1 | PACIFIC TRIAL ATTORNEYS |
| 2 | A Professional Corporation<br>Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@pacifictrialattorneys.com<br>4100 Newport Place Dr., Ste. 800 |
| 4 | Newport Beach, CA  92660<br>Tel: (949) 706-6464 |
| 5 | Fax: (949) 706-6469 |
| 6 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KENNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:18-cv-04665-YGR<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Filed: August 2, 2018<br>Trial date:  None |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Angela Kennard ("Plaintiff") and Defendant Lamb Weston Holdings, Inc., stipulate and jointly request that this Court enter a dismissal with prejudice as to the named Plaintiff's individual claims, and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  November 5, 2019          **PACIFIC TRIAL ATTORNEYS, APC**


By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff
    ANGELA KENNARD


Dated:  November 5, 2019          **WINSTON & STRAWN LLP**


By: */s/ Shawn R. Obi*
    Shawn R. Obi
    Attorneys for Defendant
    LAMB WESTON HOLDINGS, INC.

| | |
|---|---|
| 1 | |
| 2 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell