# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KENNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:18-cv-04665-YGR<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: August 2, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated:_____          By: _____
                                    Hon. Yvonne Gonzalez Rogers
                                    United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**