1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| 11 | ANGELA KENNARD, individually and on behalf of all others similarly situated, | Case No.: 4:18-cv-04665-YGR |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE** |
| 14 | v. | |
| 15 | LAMB WESTON HOLDINGS, INC., a Delaware corporation; and DOES 1-10, inclusive, | Complaint filed: August 2, 2018 |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

|    |    |
|----|----|
| 1  | The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated:  November 8, 2019            By: _____
                                        Hon. Yvonne Gonzalez Rogers
                                        United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**